THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT CAPRIA, Appellant.— Appeal dismissed. Memorandum: The appeal should be dismissed on the ground that no appeal lies from an order revoking probation. The appeal taken from the judgment of conviction is not timely. See sections 517 and 521 of the Code of Criminal Procedure. All concur. (Appeal from a judgment holding that defendant violated the conditions of his probation.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

STANLEY BOROWICZ, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order granting a motion to examine employees of defendant before trial.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

FRED POMMERVILLE, Appellant-Respondent, v. ROBERT HELLINGER, Defendant, and FRANCIS HELLINGER, Respondent-Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Cross appeals from an order granting in part a motion by defendant to strike out allegations in the complaint.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

JOHN SPINELLA, an Infant, by JAMES SPINELLA, His Guardian ad Litem, Plaintiff, v. YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE CITY OF ROME, Respondent, and BOARD OF EDUCATION OF THE CITY OF ROME, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying a motion by defendant board of education to strike from the answer of defendant Y. M. C. A. a prayer for relief as against the defendant board of education.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

FLEET WING CORPORATION, Appellant, v. OIL TRANSFER CORPORATION, Defendant, and SEARS NAVIGATION COMPANY, INC., Respondent.— Judgment affirmed, with costs. Memorandum: We construe the charter agreement between the Oil Transfer Corporation and the Sears Navigation Company, Inc., as a demise charter. (See *United States* v. *Shea,* 152 U. S. 178; *Hust* v. *Moore-McCormack Lines,* 328 U. S. 707, and *Muscelli* v. *Frederick Starr Contr. Co.,* 296 N. Y. 330, 334.) All concur. (Appeal from a judgment dismissing the complaint as to defendant Sears Navigation Co., in an action for damages for claimed negligence by owner of a barge.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See *post,* p. 1022.]

JOSEPH CANANN, Respondent, v. WILLIAM W. HENRY et al., Doing Business as "HENRY BROS. TRUCKING," Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying defendants motion for a dismissal of plaintiff's complaint, in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.